|  | UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|---|
|  | FOR THE NINTH CIRCUIT | MAR 17 2025 |
|  |  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| UNITED STATES OF AMERICA, | No. 24-2251 |
|---|---|
| Plaintiff - Appellee, | D.C. No.<br>1:22-cv-00054-SLG |
| KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION; et al., | District of Alaska,<br>Juneau |
| Intervenor-Plaintiffs - Appellees, | ORDER |
| v. |  |
| STATE OF ALASKA; et al., |  |
| Defendants - Appellants. |  |

The United States' motion to continue oral argument, Dkt. 70, is granted. The case, which had been set for oral argument on April 11, 2025, in Pasadena, California, is removed from the oral argument calendar, and submission is deferred.

Within 90 days of the date of this order, the United States shall file a status report of seven pages or less that addresses (1) what actions, if any, the United States has taken or intends to take that impact this appeal; and (2) whether supplemental briefing is warranted.

Within seven days of the filing of the United States' status report, the other parties may file responses of seven pages or less that address the same two issues.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT