# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

September 17, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re: Alaska, et al.
        v. United States, et al.
        No. 25-320
        (Your No. 24-2251)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 15, 2025 and placed on the docket September 17, 2025 as No. 25-320.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst