**ATTORNEYS' FEES SUMMARY TABLE**

| Attorney | Total Hours | Hourly Rate | Total Fees |
|---|---|---|---|
| Andrew Erickson | 154.0 | $400.00 | $61,600.00 |
| John M. Sky Starkey | 33.0 | $525.00 | $17,325.00 |
| River E.M. Sterne | 91.0 | $325.00 | $29,575.00 |
| **TOTAL** | **278.0** | - | **$108,500.00** |

Exhibit 1
Page 1 of 15

Attorney: Andrew B. Erickson

| Date | Total Hours | Hours: Interviews & Conferences | Hours: Obtaining & Reviewing Records | Hours: Legal Research | Hours: Briefs | Hours: Prep & Attend Oral Argument | Hours: Other | Narrative |
|---|---|---|---|---|---|---|---|---|
| 07/15/2024 | 0.4 | 0.4 | | | | | | Emails with counsel regarding requests for amicus brief |
| 07/26/2024 | 2.0 | | 2.0 | | | | | Review and analyze State's Opening Brief |
| 08/02/2024 | 1.5 | | 1.5 | | | | | Review and analyze amicus briefs of AFWA, Safari Club, and Cato Institute in support of State |
| 08/12/2024 | 1.7 | | | 1.7 | | | | Research and analyze cases cited in State's Opening Brief |
| 08/12/2024 | 4.5 | | | | 4.5 | | | Outline Answering brief arguments |
| 08/26/2024 | 1.5 | | | 1.5 | | | | Research and analyze case law regarding fishing rights and title to fishing rights |
| 08/28/2024 | 1.0 | 1.0 | | | | | | Video-conference with Intervenors counsel regarding briefing strategy |
| 08/28/2024 | 1.7 | | | | 1.7 | | | Outline Answering brief arguments, including fishing rights argument structure |
| 08/29/2024 | 1.7 | | | 1.7 | | | | Research and analyze case law regarding fishing rights and reserved water rights |
| 08/30/2024 | 2.6 | | | | 2.6 | | | Draft Answering brief, including Introduction |
| 09/03/2024 | 2.0 | | | 2.0 | | | | Research and analyze Equal Footing Doctrine and submerged lands case law |
| 09/09/2024 | 4.0 | | | | 4.0 | | | Draft Answering brief, including Standard of Review and Argument section regarding Statehood Act |
| 09/10/2024 | 2.6 | | | | 2.6 | | | Draft Answering brief, including Argument section regarding Miller v. Gammie |

Exhibit 1
Page 2 of 15

| Date | | | | | | | Description |
|---|---|---|---|---|---|---|---|
| 09/11/2024 | **1.0** | | | 1.0 | | | Research and analyze case law regarding reserved fishing rights |
| 09/12/2024 | **1.6** | | | 1.6 | | | Research and analyze case law regarding fishing rights |
| 09/16/2024 | **2.5** | | | | 2.5 | | Draft Answering brief, including sections regarding fishing rights and Metlakatla case |
| 09/23/2024 | **3.4** | | | | 3.4 | | Draft Answering brief, including Argument sections regarding fishing rights |
| 09/26/2024 | **3.7** | | | 3.7 | | | Research and analyze case law applying Miller v. Gammie standards |
| 09/27/2024 | **4.5** | | | | 4.5 | | Draft Answering brief, including Argument sections regarding Miller v. Gammie and related case law |
| 09/30/2024 | **1.4** | | | | 1.4 | | Draft Answering brief, including Argument sections regarding application of Miller v. Gammie standards |
| 10/1/2024 | **1.7** | 1.7 | | | | | Conference with R. Sterne regarding fishing rights arguments and title questions |
| 10/4/2024 | **1.7** | 1.7 | | | | | Follow-up conference with R. Sterne regarding arguments and research |
| 10/07/2024 | **1.4** | | | | 1.4 | | Draft Answering brief, including Arguments regarding Sturgeon case |
| 10/08/2024 | **8.2** | | | | 8.2 | | Revise and edit Answering brief, including Introduction and Argument section regarding Sturgeon case |
| 10/09/2024 | **4.3** | 4.3 | | | | | Conferences with R. Sterne and J. Starkey regarding arguments and brief strategy |
| 10/10/2024 | **5.2** | | | | 5.2 | | Draft Answering brief, including revising Argument section regarding Sturgeon |
| 10/10/2024 | **1.0** | 1.0 | | | | | Video-conference with Intervenors counsel regarding brief strategy |
| 10/11/2024 | **2.0** | | | | 2.0 | | Revise and edit Answering brief Introduction |
| 10/13/2024 | **2.2** | | | 2.2 | | | Research and analyze US arguments regarding reserved water rights in Katie John |
| 10/14/2024 | **4.2** | | | | 4.2 | | Draft Answering brief, including Statement of the Case |

Exhibit 1
Page 3 of 15

| Date | Hours | | | | | | Description |
|---|---|---|---|---|---|---|---|
| 10/15/2024 | **3.4** | | | | 3.4 | | | Draft Answering brief, including Argument sections regarding fishing rights |
| 10/18/2024 | **2.0** | | 2.0 | | | | | Review and analyze summary from R. Sterne regarding Katie John briefs |
| 10/19/2024 | **3.0** | | | | 3.0 | | | Draft Answering brief, including Statement of the Case |
| 10/20/2024 | **3.5** | | | | 3.5 | | | Draft Answering brief, including Statement of the Case |
| 10/21/2024 | **4.5** | | | | 4.5 | | | Draft Answering brief, including Argument sections regarding fishing rights and Statehood Act |
| 10/22/2024 | **4.0** | | | | 4.0 | | | Draft Answering brief, including Argument section regarding Miller v. Gammie |
| 10/23/2024 | **5.0** | | | | 5.0 | | | Revise and edit Answering brief, including citations and add record cites to Joint Supplemental Excerpts of Record |
| 10/24/2024 | **4.5** | | | | 4.5 | | | Review and analyze draft Answering briefs of AVCP, KRITFC, and AFN |
| 10/25/2024 | **8.5** | | | | 8.5 | | | Revise, edit, and finalize Answering brief |
| 12/9/2024 | **0.4** | 0.4 | | | | | | Emails with Intervenors counsel regarding oral argument |
| 12/16/2024 | **2.4** | | 2.4 | | | | | Review and analyze State's Reply brief |
| 12/20/2024 | **0.5** | | | | | | 0.5 | Draft analysis of State's Reply brief and email to client |
| 01/30/2025 | **0.4** | 0.4 | | | | | | Emails with Intervenors counsel regarding oral argument |
| 02/03/2025 | **1.0** | | | 1.0 | | | | Research and analyze US arguments in Alaska v. FSB |
| 02/05/2025 | **0.4** | 0.4 | | | | | | Emails with Intervenors counsel regarding oral argument strategy |
| 02/06/2025 | **0.6** | 0.6 | | | | | | Telephone conference with DOJ regarding oral argument |
| 02/10/2025 | **1.0** | 1.0 | | | | | | Video-conference with Intervenors counsel regarding oral argument strategy |

Exhibit 1
Page 4 of 15

| Date | Hours | | | | | | Description |
|---|---|---|---|---|---|---|---|
| 02/10/2025 | **0.8** | 0.8 | | | | | Telephone conference with N. Ostrovsky regarding oral argument strategy |
| 02/12/2025 | **0.5** | 0.5 | | | | | Emails with N. Ostrovsky and R. Sterne regarding oral argument strategy |
| 03/03/2025 | **4.6** | | | | 4.6 | | Review and analyze final Answering briefs of AVCP, KRITFC, and AFN, and organize arguments for oral argument |
| 03/13/2025 | **1.0** | | 1.0 | | | | Review and analyze memorandum regarding disclaimer argument |
| 05/21/2025 | **2.4** | | 2.4 | | | | Review and edit response memorandum regarding disclaimer argument |
| 06/01/2025 | **5.8** | | | | 5.8 | | Revise response memorandum regarding disclaimer argument |
| 06/02/2025 | **0.8** | | | | 0.8 | | Revise and edit response memorandum regarding disclaimer argument |
| 06/09/2025 | **2.4** | | | | 2.4 | | Prepare for and attend conference with J. Lindemuth regarding oral argument strategy |
| 06/10/2025 | **2.8** | | | | 2.8 | | Prepare for and attend moot court with Intervenors counsel |
| 06/13/2025 | **0.4** | | | | 0.4 | | Emails regarding fishing rights argument and oral argument strategy |
| 06/13/2025 | **2.4** | | | | 2.4 | | Draft potential oral argument questions and answers regarding disclaimer clause and fishing rights cases |
| 06/16/2025 | **1.6** | | | | 1.6 | | Draft list of potential questions and short answers for oral argument |
| 06/17/2025 | **1.5** | | | | 1.5 | | Prepare for and attend meeting with J. Lindemuth regarding oral argument preparation |
| 06/18/2025 | **2.4** | | | | 2.4 | | Prepare for and attend moot court with Intervenors counsel |
| 06/20/2025 | **0.4** | | | | 0.4 | | Emails with Intervenors counsel regarding oral argument strategy |
| 06/25/2025 | **0.6** | | 0.6 | | | | Review and analyze KRITFC Rule 28(j) letter |
| 06/26/2025 | **0.8** | | 0.8 | | | | Review and analyze State's response to KRITFC Rule 28(j) letter |

Exhibit 1
Page 5 of 15

| 08/20/2025 | 0.5 | | 0.5 | | | | | Review and analyze Ninth Circuit decision |
|---|---|---|---|---|---|---|---|---|
| **TOTAL** | **154.0** | **14.2** | **13.2** | **16.4** | **84.6** | **18.5** | **7.1** | |

Exhibit 1
Page 6 of 15

Attorney: John M. Sky Starkey

| Date | Total Hours | Hours: Interviews & Conferences | Hours: Obtaining & Reviewing Records | Hours: Legal Research | Hours: Briefs | Hours: Prep & Attend Oral Argument | Hours: Other | Narrative |
|---|---|---|---|---|---|---|---|---|
| 08/23/2024 | 0.5 | 0.5 | | | | | | Conference with A. Erickson regarding Answering brief strategy |
| 10/10/2024 | 1.5 | 1.5 | | | | | | Conference with A. Erickson, R. Sterne, and Intervenors counsel regarding brief strategy |
| 10/22/2024 | 1.3 | | | | 1.3 | | | Review and revise Answering brief |
| 03/03/2025 | 0.5 | 0.5 | | | | | | Conference with A. Erickson regarding oral argument strategy |
| 03/04/2025 | 0.5 | 0.5 | | | | | | Follow-up conference with A. Erickson regarding oral argument strategy |
| 03/05/2025 | 0.1 | 0.1 | | | | | | Conference with A. Erickson regarding draft oral argument outline |
| 03/06/2025 | 0.5 | 0.5 | | | | | | Conferences with N. Ostrovsky regarding oral argument strategy |
| 03/06/2025 | 0.1 | 0.1 | | | | | | Conference with A. Erickson regarding draft outline for oral argument |
| 03/06/2025 | 1.0 | 1.0 | | | | | | Video-conference with Intervenors counsel regarding oral argument strategy |
| 03/06/2025 | 0.3 | 0.3 | | | | | | Phone calls with B. Mallott, J. Lindemuth, and N. Ostrovsky regarding oral argument strategy |
| 03/06/2025 | 0.2 | 0.2 | | | | | | Conference with N. Ostrovsky regarding oral argument strategy |
| 03/07/2025 | 0.2 | 0.2 | | | | | | Emails and telephone calls with AFN regarding non-opposition of motion to postpone oral argument |
| 03/10/2025 | 0.4 | 0.4 | | | | | | Telephone conference and emails with DOJ regarding motion to postpone oral argument |

Exhibit 1
Page 7 of 15

| Date | | | | | | | Description |
|---|---|---|---|---|---|---|---|
| 03/12/2025 | **0.1** | | 0.1 | | | | Review and analyze State's opposition to motion to postpone oral argument |
| 03/13/2025 | **1.0** | 1.0 | | | | | Telephone conference with Intervenors counsel regarding oral argument strategy |
| 03/13/2025 | **1.2** | 1.2 | | | | | Conference with N. Ostrovsky and A. Sandone regarding disclaimer argument |
| 03/14/2025 | **0.2** | | 0.2 | | | | Review and analyze DOJ reply to State's opposition to motion to postpone oral argument |
| 03/25/2025 | **2.7** | 2.7 | | | | | Video-conference with client regarding litigation strategy |
| 05/12/2025 | **0.3** | 0.3 | | | | | Review and analyze emails from DOJ regarding Federal and State positions |
| 05/19/2025 | **0.5** | 0.5 | | | | | Conference with A. Erickson regarding disclaimer argument and oral argument strategy |
| 05/28/2025 | **1.7** | | | | | 1.7 | Email N. Ostrovsky regarding moot court preparation; conference calls with A. Sandone, A. Erickson, and J. Lindemuth regarding moot court preparation; review SCOTUS dissent by Gorsuch in Apache Stronghold denied petition for certiorari |
| 05/29/2025 | **0.1** | 0.1 | | | | | Meet with R. Sterne and A. Erickson and discuss strategy for preparing for oral argument |
| 05/30/2025 | **1.6** | | | | | 1.6 | Emails and research regarding need to file Acknowledgment of Hearing Notice; emails regarding moot court with J. Lindemuth; read L. Miller response regarding Disclaimer argument |
| 06/02/2025 | **2.2** | | | | | 2.2 | Revise draft memorandum by A. Erickson regarding moot court preparation and research ANCSA regarding same; emails with J. Lindemuth regarding timing of moot court preparation; telephone call with N. Ostrovsky; emails from T. Amdur-Clark regarding preparation for Ninth Circuit Decision in Kake case |
| 06/03/2025 | **1.5** | | | | | 1.5 | Continue to revise A. Erickson memorandum to intervenors regarding disclaimer argument |
| 06/04/2025 | **2.1** | | | | | 2.1 | Read Ninth Circuit Kake Decision and review 2 district court decisions and first Ninth Circuit decision |
| 06/05/2025 | **0.5** | | | | | 0.5 | Prepare for and attend meeting with Ahtna Board via Zoom to report on litigation |
| 06/09/2025 | **2.5** | | | | | 2.5 | Draft questions for pre-moot court discussion with J. Lindemuth, A. Erickson, N. Ostrovsky, A. Sandone, and R. Sterne; participate in discussion via Zoom |

Exhibit 1
Page 8 of 15

| Date | Total | Col 2 | Col 3 | Col 4 | Col 5 | Col 6 | Col 7 | Description |
|---|---|---|---|---|---|---|---|---|
| 06/10/2025 | **1.9** | | 1.9 | | | | | Read State letter to Ninth Circuit regarding Kake decision and letter from KRITFC regarding Kake; attend via Zoom moot court for Ninth Circuit Argument |
| 06/11/2025 | **0.2** | 0.2 | | | | | | Telephone call with A. Erickson regarding preparation for next moot court and advancing understanding of Disclaimer argument |
| 06/13/2025 | **0.4** | 0.4 | | | | | | Telephone call with N. Ostrovsky to debrief moot court; email to A. Erickson regarding drafting questions for next moot court with J. Lindemuth; review Katie John IV District Court opinion |
| 06/17/2025 | **0.4** | | | | | | 0.4 | Review T. Amdur-Clark's first draft of opening for oral argument; review A. Erickson draft for J. Lindemuth regarding possible questions and answers |
| 06/18/2025 | **2.3** | | | | | | 2.3 | Attend moot court via Zoom; telephone call with R. Sterne and email A. Erickson, regarding same; telephone call with A. Erickson and J. Lindemuth to debrief after moot court; review T. Amdur-Clark's proposed revised opening and respond with email |
| 06/23/2025 | **1.0** | | | | | 1.0 | | Listen to moot court; debrief with A. Erickson and A. Sandone |
| 06/25/2025 | **0.3** | | | | | | 0.3 | Review R. Sterne email regarding Ninth Circuit en banc rules and process; review Sonosky "sur-reply" |
| 06/26/2025 | **0.3** | 0.3 | | | | | | Telephone call with N. Ostrovsky to debrief oral argument; review State reply to Sonosky sur-reply |
| 08/20/2025 | **0.9** | | 0.9 | | | | | Read and analyze Kuskokwim decision |
| **Total** | **33.0** | **12.5** | **3.1** | **0** | **1.3** | **1** | **15.1** | |

Exhibit 1
Page 9 of 15

Attorney: River E.M. Sterne

| Date | Total Hours | Hours: Interviews & Conferences | Hours: Obtaining & Reviewing Records | Hours: Legal Research | Hours: Briefs | Hours: Prep & Attend Oral Argument | Hours: Other | Narrative |
|---|---|---|---|---|---|---|---|---|
| 9/16/2024 | 1.0 | 1.0 | | | | | | Conference with A. Erickson regarding appeal and necessary research |
| 9/16/2024 | 3.0 | | | 3.0 | | | | Research and analyze reserved fishing rights held in trust for tribes by federal government in Alaska Statehood Act |
| 9/17/2024 | 0.8 | 0.8 | | | | | | Conference with A. Erickson regarding strategy for brief and necessary research |
| 09/23/2024 | 1.7 | | | 1.7 | | | | Survey statehood acts for provisions reserving property interests to federal government |
| 09/30/2024 | 1.1 | | | 1.1 | | | | Research and analyze ANCSA extinguishment clause |
| 10/01/2024 | 0.7 | 0.7 | | | | | | Conference with A. Erickson regarding brief strategy |
| 10/03/2024 | 3.0 | | | 3.0 | | | | Research and analyze statehood acts reserving property rights in trust and less-than-fee property interests |
| 10/09/2024 | 2.5 | | | | 2.5 | | | Revise and edit Answering brief |
| 10/10/2024 | 3.0 | | | 3.0 | | | | Research and analyze 1999 subsistence regulations and United States' theory of reserved water rights doctrine |
| 10/10/2024 | 1.8 | 1.8 | | | | | | Conference with Intervenors counsel regarding brief strategy |
| 10/11/2024 | 0.1 | 0.1 | | | | | | Emails with A. Erickson regarding brief strategy |
| 10/11/2024 | 4.9 | | | | 4.9 | | | Draft Answering brief, including Statement of the Case |
| 10/14/2024 | 2.1 | | | | 2.1 | | | Revise and edit Statement of the Case |

Exhibit 1
Page 10 of 15

| Date | Hours | | | | | | Description |
|---|---|---|---|---|---|---|---|
| 10/14/2024 | **0.5** | | | 0.5 | | | Revise and edit Answering brief |
| 10/14/2024 | **0.1** | 0.1 | | | | | Emails with A. Erickson regarding brief strategy |
| 10/14/2024 | **0.2** | 0.2 | | | | | Emails with A. Erickson regarding reserved water rights doctrine |
| 10/14/2024 | **0.7** | | 0.7 | | | | Review and analyze submerged lands and federal reserved rights research |
| 10/15/2024 | **0.2** | | | 0.2 | | | Revise and edit Answering brief |
| 10/15/2024 | **0.9** | | 0.9 | | | | Research and analyze federal government's intentions regarding reservation of fishing right at statehood |
| 10/15/2024 | **0.1** | 0.1 | | | | | Emails with A. Erickson regarding Statement of the Case revisions |
| 10/15/2024 | **3.7** | | 3.7 | | | | Analyze and summarize research findings regarding submerged lands, statehood acts, and fishing rights |
| 10/15/2024 | **0.3** | 0.3 | | | | | Conference with A. Erickson regarding brief strategy |
| 10/15/2024 | **0.5** | | 0.5 | | | | Research and analyze responses to State's counterarguments |
| 10/15/2024 | **0.1** | 0.1 | | | | | Conference with A. Erickson regarding additional drafting and research |
| 10/16/2024 | **0.2** | 0.2 | | | | | Emails with A. Erickson regarding brief revisions |
| 10/16/2024 | **7.0** | | 6.0 | 1.0 | | | Research and analyze case law and canons of construction; revise and edit Statement of the Case |
| 10/17/2024 | **3.0** | | | 3.0 | | | Draft Answering brief, including federal reserved fishing rights argument |
| 10/21/2024 | **0.3** | | | 0.3 | | | Revise and edit Answering brief |
| 10/21/2024 | **0.7** | | | 0.7 | | | Revise and edit Answering brief |
| 10/21/2024 | **0.6** | 0.6 | | | | | Conference with A. Erickson regarding necessary edits and additions to Answering brief |

Exhibit 1
Page 11 of 15

| Date | | | | | | | Description |
|---|---|---|---|---|---|---|---|
| 10/22/2024 | **0.1** | 0.1 | | | | | Emails with A. Erickson regarding brief strategy |
| 10/22/2024 | **0.2** | | | 0.2 | | | Research and analyze Loper Bright decision and agency deference canons |
| 10/22/2024 | **0.1** | 0.1 | | | | | Emails with A. Erickson regarding further research |
| 10/22/2024 | **1.4** | | | | 1.4 | | Revise and edit Answering brief; emails with A. Erickson regarding further research |
| 10/23/2024 | **1.0** | | | | 1.0 | | Revise and edit Answering brief |
| 10/23/2024 | **0.1** | 0.1 | | | | | Emails with A. Erickson regarding Hynes v. Grimes decision and further supplemental research for Answering brief |
| 10/23/2024 | **1.7** | | | 1.7 | | | Research and analyze Hynes v. Grimes for support on Section III.C of draft brief |
| 10/23/2024 | **0.2** | | | | 0.2 | | Revise and edit Answering brief |
| 10/23/2024 | **0.4** | 0.4 | | | | | Conference with A. Erickson regarding supplemental research and additions to brief |
| 10/23/2027 | **1.1** | | | | 1.1 | | Review and analyze draft KRITFC brief |
| 10/24/2024 | **1.2** | | | 0.6 | 0.6 | | Review and analyze draft KRITFC brief and cited cases |
| 10/24/2024 | **1.1** | | | 0.6 | 0.5 | | Review and analyze submerged lands Supreme Court cases and incorporate into Answering brief |
| 10/24/2024 | **0.1** | 0.1 | | | | | Conference with A. Erickson regarding further research |
| 10/24/2024 | **1.8** | | | | 1.8 | | Incorporate additional quotations, citations, and line edits to Answering brief |
| 10/24/2024 | **2.2** | | | 1.8 | 0.4 | | Review and analyze recent federal case law regarding distinction between aboriginal title and trust title; review and analyze NARF final brief; line edit Answering brief |
| 10/25/2024 | **2.7** | | | | 2.7 | | Finalize line edit of Answering brief |
| 10/25/2024 | **0.9** | | | | 0.9 | | Review Answering brief table of authorities for accuracy |

Exhibit 1
Page 12 of 15

| Date | Total | | | | | | Description |
|---|---|---|---|---|---|---|---|
| 10/25/2024 | **1.2** | 0.2 | | | 1.0 | | Revise and edit Answering brief; conference with A. Erickson regarding same |
| 10/25/2024 | **0.4** | | | | 0.4 | | Review and analyze United States Answering brief |
| 12/16/2024 | **3.7** | 0.5 | | | 3.2 | | Review and analyze State's reply brief; confer with J. Starkey regarding developments in appeal |
| 12/19/2024 | **1.3** | 0.2 | | | 1.1 | | Summarize and analyze State's reply to Ahtna fishing rights argument; identify and distill core points to raise at oral argument; confer with A. Erickson regarding same |
| 12/20/2024 | **0.1** | | | | 0.1 | | Review and analyze pivotal arguments to be raised at oral argument |
| 01/30/2025 | **0.1** | 0.1 | | | | | Emails with A. Erickson regarding oral argument |
| 01/31/2025 | **0.1** | | | | | 0.1 | Review emails from DOJ regarding oral argument |
| 02/03/2025 | **0.2** | 0.2 | | | | | Conference call with A. Erickson, A. Sandone, and N. Ostrovsky regarding oral argument |
| 02/06/2025 | **0.7** | 0.7 | | | | | Conference call with DOJ and Intervenors regarding oral argument; confer with A. Erickson regarding same |
| 02/10/2025 | **1.3** | 1.3 | | | | | Strategy call with Intervenors; confer with A. Erickson regarding same |
| 02/17/2025 | **2.0** | | | | 2.0 | | Draft oral argument outline |
| 02/21/2025 | **0.7** | | | | 0.7 | | Prepare case chart for oral argument preparation |
| 02/24/2025 | **0.7** | | | | 0.7 | | Review and analyze Intervenors' briefs; continue drafting oral argument outline |
| 02/28/2025 | **0.5** | 0.5 | | | | | Confer with A. Erickson regarding oral argument outline and strategy |
| 03/03/2025 | **1.2** | 0.2 | | | 1.0 | | Emails with A. Erickson and J. Starkey regarding oral argument; review AFN and AVCP briefs; conference with A. Erickson regarding same |
| 03/04/2025 | **1.0** | 0.6 | | | 0.4 | | Review updated oral argument outline and Intervenor brief argument chart; teleconference with N. Ostrovsky, A. Sandone, and A. Erickson regarding same |
| 03/06/2025 | **1.1** | 1.1 | | | | | Video-conference with Intervenors to discuss oral argument strategy |

Exhibit 1
Page 13 of 15

| Date | | | | | | | Description |
|---|---|---|---|---|---|---|---|
| 03/07/2025 | **0.3** | 0.2 | | 0.1 | | | Call and emails with J. Starkey regarding oral argument; review and analyze new federal orders regarding law firms and federal litigation |
| 03/12/2025 | **0.1** | | | | 0.1 | | Review and analyze State Opposition to U.S. Motion to Reschedule |
| 03/13/2025 | **1.4** | 0 | | 1.4 | | | Research and analyze case law regarding fishing rights held by U.S. by virtue of sovereign power |
| 05/12/2025 | **0.1** | | | | | 0.1 | Review and analyze Joint Status Report and Request for Oral Argument by State and U.S. |
| 05/21/2025 | **1.1** | 0.2 | | | 0.9 | | Revise and edit argument outline regarding reserved fishing rights held in trust; conference with A. Erickson and J. Starkey regarding same |
| 05/22/2025 | **0.5** | | | | 0.5 | | Final review of reserved fishing rights outline for transmittal to Intervenors |
| 05/30/2025 | **0.2** | | | | 0.1 | 0.1 | Review L. Miller response to Ahtna memo regarding trust fishing rights; review Ninth Circuit rules for filing acknowledgment of hearing |
| 06/02/2025 | **1.0** | | | | 1.0 | | Revise and edit memorandum regarding disclaimer argument; conference with A. Erickson regarding same |
| 06/03/2025 | **1.1** | | | 0.5 | 0.6 | | Revise and edit memorandum regarding disclaimer argument; research federal statutes recognizing Alaska Native subsistence rights |
| 06/04/2025 | **0.6** | | | 0.3 | 0.3 | | Research and update case citations regarding congressional recognition of Alaska Native subsistence rights following passage of ANCSA |
| 06/09/2025 | **1.0** | | | | 1.0 | | Emails regarding memorandum regarding disclaimer argument; review J. Starkey questions for KRIFTC and AFN; attend moot court prep with counsel for AFN; review recent Kake decision and related case law in preparation for moot |
| 06/10/2025 | **1.8** | | | | 1.8 | | Attend moot court with Intervenors counsel |
| 06/17/2025 | **2.5** | | | 0.5 | 2.0 | | Prepare for and attend pre-moot strategy session with AFN counsel, A. Erickson, and A. Sandone; research cases involving fishing rights and statehood legislation in Lower 48; research congressional ratification cases |
| 06/18/2025 | **1.5** | | | 0.5 | 1.0 | | Prepare for and attend moot court; research and analyze congressional ratification cases |
| 06/25/2025 | **0.2** | | | | | 0.2 | Review and analyze KRITFC Rule 28(j) letter |

Exhibit 1
Page 14 of 15

| Date | Hours | | | | | | Description |
|---|---|---|---|---|---|---|---|
| 06/26/2025 | 0.2 | | | | | 0.2 | Review and analyze State's response to KRITFC Rule 28(j) letter |
| **TOTAL** | **91.0** | **12.8** | **0** | **31.8** | **31.6** | **14.1** | **0.7** |

Exhibit 1
Page 15 of 15